UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br>　　v.<br><br>ROBERT T. GIBSON;<br>JULIE A. GIBSON;<br>5010 PACHECO PROPERTIES, LLC, a California Limited Liability Company;<br>HEATHER HAMILTON;<br>TOLBERT G. HAMILTON; and Does 1-10,<br><br>　　　　Defendants. | Case: 3:16-CV-04254-SI<br><br>**ORDER** |

**ORDER**

The entire case is hereby ordered dismissed without prejudice.

Dated: 9/26/16            /s/ Susan Illston
　　　　　　　　　　　　　HONORABLE SUSAN ILLSTON
　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1

Notice for Dismissal                    Case: 3:16-CV-04254-SI